UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

v.

D-1 Brian Mitchell,

     Defendant.

_____/

Case: 2:26−cr−20244
Assigned To : McMillion, Brandy R.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 4/29/2026
Description: INFO USA V. MITCHELL (NA)

**<u>INFORMATION</u>**

Violation:
18 U.S.C. § 1343

THE UNITED STATES ATTORNEY CHARGES:

**<u>COUNT ONE</u>**
**18 U.S.C. § 1343 - (Wire Fraud)**

D-1 Brian Mitchell

At times relevant to this Information:

1.     From at least on or about January 2021, to at least on or about February 2022, in the Eastern District of Michigan, and elsewhere, the defendant, Brian Mitchell did knowingly and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing such pretenses, representations, and promises were false and fraudulent when made, transmit and cause to be transmitted, by means of wire,

radio, and television communication, writings, signals, pictures, and sounds in interstate and foreign commerce for the purposes of executing such scheme and artifice.

2.  Specifically, Mitchell, with the intent to fraud, made knowing misrepresentations of material facts relating to the security and profitability of investor funds. Mitchell also caused such material misrepresentations to be made.

3.  One or more transfers of investor funds, or one or more communications containing misrepresentations in furtherance of the scheme, was made through interstate wire communications.

All in violation of Title 18, United States Code, Section 1343.

## **FORFEITURE ALLEGATIONS**

4.  The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

Upon conviction of the offense charged in Count One of this Information, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds obtained directly or indirectly as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2).

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

a.  Cannot be located upon the exercise of due diligence;

b.  Has been transferred or sold to, or deposited with, a third party;

c.  Has been placed beyond the jurisdiction of the Court;

d.  Has been substantially diminished in value; or

e.  Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

Money Judgment: Upon conviction of violating Title 18, United States Code, Section 1349,

defendant shall be ordered to pay the United States a sum of money equal to the

total amount of proceeds defendant obtained as a result of such violation(s).


JEFOME F. GORGON JR
United States Attorney


*s/John K. Neal*

JOHN K. NEAL
Chief, Anti-Corruption Unit

*s/Andrew Yahkind*

ANDREW YAHKIND
Assistant United States Attorney

Dated: April 29, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number 2:26−cr−20244** |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ Yes        ☒ No | **AUSA's Initials:** AJY |

**Case Title:** USA v.  D-1 Brian Mitchell

**County where offense occurred :**  Washtenaw and elsewhere

**Check One:**        ☒ Felony              ☐ Misdemeanor              ☐ Petty

_____Indictment/_✓_Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 29, 2026
_____
Date

s/Andrew J. Yahkind
_____
Andrew J. Yahkind
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9565
Fax:    (313) 226-2873
E-Mail address: andrew.yahkind@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.