2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Criminal No. 26-cr-20244

vs.

Hon. Laurie J. Michelson

Brian Mitchell,

Defendant.

FILED
MAY 29 2026
CLERK'S OFFICE
DETROIT

**DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

I, Brian Mitchell, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 - 18 U.S.C. § 1343, Wire Fraud: Up to 20 years' imprisonment and a fine of up to $250,000 or twice the gross financial gain or loss.

Brian Mitchell
Defendant

ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Stuart Collis
Counsel for Defendant

Dated: 5-29-26